

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2021

No. 04-21-00329-CV

**IN THE INTEREST OF M.A.C., ET AL, CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02205
The Honorable Kimberly Burley, Judge Presiding

# O R D E R

In this accelerated appeal, the clerk's record was due on August 16, 2021. On the due date, the Bexar County District Clerk filed a notification of late record requesting additional time to prepare the clerk's record.

The request for additional time to file the record is GRANTED. The clerk's record is due on August 23, 2021. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court